## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RAMZI BIN AL-SHIBH,                         :

     Petitioner,                            :

     v.                                      :     **Civil Action No. 06-1725 (EGS)**

JOSEPH R. BIDEN, JR., et al.,               :

     Respondents.                           :

## <u>ORDER</u>

The motion of the Federal Public Defender for the District of New Jersey to withdraw as counsel is GRANTED, and the Federal Public Defender for the Western District of North Carolina is hereby appointed as counsel for the petitioner. Counsel from that office should enter an appearance forthwith.

Dated: July <u>20</u>, 2022

                                          _____
                                          EMMET G. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE